**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 28, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00054-CV

---

**THE CITY OF DENTON, Appellant**

**V.**

**VALERIE DANIELS, Appellee**

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2021-18513**

---

## MEMORANDUM OPINION

This is an appeal from an order signed January 26, 2023. On February 16, 2023, appellant filed an amended motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.